**DISMISS and Opinion Filed May 28, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-17-01158-CV**

**CHARLES WHITTINGTON AND DIANE WHITTINGTON, Appellants**
**V.**
**HSBC BANK USA, N.A. AS SUCCESSOR TRUSTEE TO BANK OF**
**AMERICA, N.A., Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01751-2016**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Garcia
Opinion by Justice Garcia

This appeal is reinstated. In 2018, we abated this appeal due to Diane Whittington's bankruptcy. *See* TEX. R. APP. P. 8.2. Since the abatement, there has been no activity in this appeal. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the debtor was discharged on August 30, 2018.

We notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the failure to respond might result in the appeal being dismissed for want of prosecution. *See id*. 42.3(b),(c).

In response, appellants filed a motion to dismiss the appeal stating that appellants have settled all claims against appellee and requesting the Court to dismiss this appeal. We grant appellants' motion and dismiss this appeal. *See id*. 42.1(a).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

171158F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CHARLES WHITTINGTON AND
DIANE WHITTINGTON,
Appellants

No. 05-17-01158-CV          V.

HSBC BANK USA, N.A. AS
SUCCESSOR TRUSTEE TO BANK
OF AMERICA, N.A., Appellee

On Appeal from the 429th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 429-01751-2016.
Opinion delivered by Justice Garcia.
Justices Myers and Partida-Kipness
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered May 28, 2021